**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1173**

DAVID EARL SUTHERLAND,

       Plaintiff - Appellant,

    v.

R. J. REYNOLDS TOBACCO COMPANY, INC.; BROWN & WILLIAMSON TOBACCO CORPORATION; LORILLARD TOBACCO COMPANY; PHILLIP MORRIS USA, INC.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:21-cv-00671-TMC)

Submitted:  November 13, 2023           Decided:  December 8, 2023

Before NIEMEYER, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Earl Sutherland, Appellant Pro Se.  Caroline Marie Gieser, SHOOK HARDY & BACON LLP, Atlanta, Georgia, for Appellee Phillip Morris USA, Inc.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Earl Sutherland appeals the district court's order granting Defendants' motion to dismiss Sutherland's state law personal injury claims as time-barred under South Carolina's three-year statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Sutherland v. R.J. Reynolds Tobacco Co., Inc.*, No. 6:21-cv-00671-TMC (D.S.C. Feb. 9, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*